UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ATIBA CLARKE

                               Plaintiff,

      v.

R.T.D. 52 L.L.C. AND LUCKY 87 TERIYAKI INC.,

                               Defendants.

-------------------------------------------------------------x

**Docket No. 1:20-cv-00122 (EK) (RML)**

**REPLY AND ANSWER TO COUNTERCLAIM**

## REPLY AND ANSWER TO COUNTERCLAIM

Plaintiff Atiba Clarke (hereafter referred to as "plaintiff"), by counsel, Parker Hanski LLC, answers and replies to the Counterclaim of defendant R.T.D. 52 L.L.C. as follows:

1. Plaintiff denies the allegations of paragraph 103 and respectfully refers all questions of law to this Honorable Court.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully requests that the Court dismiss this Counterclaim.

Dated: February 21, 2020
       New York, New York

                                            Respectfully submitted,

                                            **PARKER HANSKI LLC**
                                            Attorneys for Plaintiff

By     /s/
    Glen H. Parker, Esq.
    Adam S. Hanski, Esq.
    Robert G. Hanski, Esq.
    40 Worth Street, 10th Floor
    New York, New York 10013
    Telephone: (212) 248-7400
    Facsimile: (212) 248-5600
    ash@parkerhanski.com
    Ghp@parkerhanski.com
    rgh@ParkerHanski.com