UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ATIBA CLARKE,

                                        Plaintiff,

      - against -

R.T.D. 52 L.L.C. AND LUCKY 87 TERIYAKI INC.

                               Defendants.
-----------------------------------------------------------------X

Docket No. 1:20-cv-00122 (EK) (JRC)

**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S FIRST CAUSE OF ACTION FOR VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by the undersigned, attorneys of record for the respective parties in the above-captioned action, and that no party is an infant or incompetent, that pursuant to Rule 41(a)(1)(A)(ii) and/or Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff hereby dismisses and withdraws the First Cause of Action in the Complaint for violations of the Americans with Disabilities Act, and that cause of action, accordingly, is hereby dismissed with prejudice.

Dated:  September 30, 2021
          New York, New York

| PARKER HANSKI LLC | LEVIN-EPSTEIN & ASSOCIATES, P.C |
|---|---|
| By: _____ | By: _____ |
| Glen Parker, Esq. | Joshua Levin-Epstein, Esq. |
| Attorneys for Plaintiff | Jason Mizrahi, Esq. |
| 40 Worth Street, 10th Floor | Attorneys for Defendants |
| New York, New York 10013 | 60 East 42nd Street, Suite 4700 |
| (212) 248-7400 | New York, NY 10165 |
| (212) 248-5600 | Phone: (212) 792-0048 |
| ghp@Parkerhanski.com | Mobile: (301) 758-7351 |
| | Facsimile: (212) 563-7108 |

Jason@levinepstein.com
joshua@levinepstein.com

**SO ORDERED**

_____
**ERIC R. KOMITEE, U.S.D.J**